

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00004-CR

LESLIE LEE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 42954-A

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Leslie Lee appeals from her conviction of theft and the resulting sentence of six months' confinement. The clerk's record in this matter was filed February 5, 2015, and the reporter's record was filed March 30, making Lee's brief originally due April 29. This deadline was extended twice by this Court on the motions of Lee's retained counsel, Clement Dunn, resulting in the most recent due date of June 10, 2015. Dunn has now filed a third motion seeking an additional extension of Lee's briefing deadline.

We have reviewed the third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Lee's appellate brief is overruled.

We order Dunn to file Lee's appellate brief with this Court on or before July 1, 2015.

IT IS SO ORDERED.

BY THE COURT

Date: June 16, 2015

2